COMMONWEALTH of Pennsylvania,
Appellee,

v.

Matthew James STEROWSKI,
Appellant.

Supreme Court of Pennsylvania.

Argued Nov. 17, 1999.

Decided Dec. 10, 1999.

John L. McLaughlin, Marks, McLaughlin & Dennehy, Paoli, for Matthew J. Sterowski.

William S. Kreisher, Dist. Atty., District Attorney's Office, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.